AO 442 (Rev. 11/11) Arrest Warrant

FBI
USM# 88226-380
FID: 10301033

RECEIVED
U.S. MARSHALS SERVICE
2017 APR 13 PM 2:38
WESTERN DISTRICT/TEXAS
AUSTIN DIVISION

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:17m-305 |
| STEVEN THOMAS BOEHLE | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* STEVEN THOMAS BOEHLE

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18 USC Section 922 (a)(6) False Statement in Connection with Attempted Acquisition of a Firearm
Title 18 USC Section 922 (g)(9) Unlawful Posession of a Firearm by a Prohibited Person

Date: 04/13/2017

*Issuing officer's signature*

City and state: AUSTIN, TEXAS

HON. MARK LANE
*Printed name and title*

### Return

This warrant was received on (date) 4/13/17, and the person was arrested on (date) 4/12/17
at (city and state) AUSTIN, TEXAS.

Date: 4/17/17

*Arresting officer's signature*

CHRIS RYBARSKI DETECTIVE
*Printed name and title*